UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED ORDER** |
| v. | 25 Cr. __ (LTS) |
| ROBERT YEDID, ANDREW KAUFMAN, and MARK JACOBS, | 25 CRIM 248 |
| Defendants. | |

WHEREAS, an application has been made by the United States of America, with the consent of defendants ROBERT YEDID and ANDREW KAUFMAN, for the temporary sealing of filings and other docket entries in the above-captioned case, and the captioning of the case as United States v. John Doe in the public docket;

WHEREAS, the Court finds that the privacy interests of at least one individual would be hindered if the Government's application is not granted;

WHEREAS, the Court finds that the Government's application is consistent with Section 9-11.130 of the Justice Manual;

IT IS HEREBY ORDERED that filings in the above-captioned case be filed under seal, and the case shall be captioned as United States v. John Doe in the public docket, until further order by this Court;

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further Order by this Court; and,

IT IS FURTHER ORDERED that counsel for the defendants and the Government may be provided a copy of the transcript of proceedings in this matter without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before four weeks after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:     New York, New York
               May 29, 2025

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK