UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

     -v-                                  No.  25-CR-248-1-LTS

ROBERT YEDID,

        Defendant.

--------------------------------------------------------x

ORDER

       The Defendant requests that the unredacted version of the Defendant's sentencing submission brief (docket entry no. 32) be filed under seal.  This request is granted because this filing contain sensitive personal information regarding the Defendant and members of his family.

       Defense counsel is directed to take hard copies of the referenced unredacted document to the Records Room of the Clerk's Office for sealed filing, together with a copy of this order.

       SO ORDERED.

Dated: New York, New York
       September 15, 2025

                               /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                               Chief United States District Judge