UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                        No.  25-CR-248-1-LTS

ROBERT YEDID,

        Defendant.

-------------------------------------------------------x

## Order

The Defendant has, in a communication dated September 19, 2025, proposed redactions of the transcript of the Court's September 12, 2025, sentencing of the Defendant. This request is granted because the proposed redactions are narrowly tailored to protect sensitive personal information regarding the Defendant and members of his family.  The court will provide the approved redactions to the Court Reporter, who is hereby directed to redact the designated passages from the publicly-filed version of the transcript and file the unredacted version of the transcript under seal.  Defense Counsel is directed to file a hard copy of the highlighted transcript showing the proposed redactions, together with a copy of this order, to the Sealed Records room at the 500 Pearl Street courthouse.

      SO ORDERED.

Dated: New York, New York                  /s/ Laura Taylor Swain
       September 22, 2025                  LAURA TAYLOR SWAIN
                                         Chief United States District Judge