USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROBERT YEDID,

Defendants.

25-CR-248-1 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

**Re: Robert Yedid Reg# 85969-511**

For the reasons set forth on the record at the conference held today, September 4, 2026, the Court hereby ORDERS the Bureau of Prisons to conduct their review of the Defendant's security classification and the incident that led to him being placed in "escape" status as expeditiously as possible. The Court further makes a strong recommendation to the Bureau of Prisons that the Defendant be returned to the supervision of the Brooklyn Residential Re-entry Center as soon as possible, with his confinement status there subject to their review. Finally, because Defendant's counsel has represented that the Defendant requires a number of prescription medications, which he has been denied since he was first taken into New York state custody on September 1, 2026, the Court ORDERS the medical staff at the Metropolitan Detention Center to conduct an immediate assessment of the Defendant's medical needs and ensure that he receives appropriate medical attention, including any necessary prescription medication, as soon as possible.

Dated: September 4, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge